1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **TERRY SHARP,**                         NO.  **2:24–CV–02793–JAM–CSK**

12                    Plaintiff,              ORDER REQUIRING SERVICE OF
                                             PROCESS AND JOINT STATUS REPORT
13                    v.

14   **CITY OF SACRAMENTO , ET AL.,**

15                    Defendant.

16

17       This action has been assigned to Senior District Judge John A. Mendez.  Pursuant to the

18   provisions of Fed. R. Civ. P. 16 and 26, **IT IS HEREBY ORDERED THAT**:

19       1.    Plaintiff(s) shall complete service of process on all parties within ninety (90) days

20   of the date of filing of the complaint.

21       2.    Concurrently with the service of process, or as soon thereafter as possible, plaintiff(s) shall

22   serve upon each of the parties named herein, and upon all parties subsequently joined, a copy of all new

23   civil case orders issued, and shall file with the Clerk a certificate reflecting such service.

24       3.    In the event this action was originally filed in a state court and was thereafter removed

25   to this court, the removing party or parties shall, immediately following such removal, serve upon each

26   //////

1

1 | of the other parties named herein, and upon all parties subsequently joined, a copy of this Order, and

2 | shall file with the Clerk a certificate reflecting such service.

3 |     4.    Within sixty (60) days of service of the complaint on any party, or from the date of removal,

4 | the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the Court

5 | a joint status report that includes the Rule 26(f) discovery plan.  The status report shall address the

6 | following matters:

7 |         a.    The nature of the case;

8 |         b.    Progress in the service of process;

9 |         c.    Possible joinder of additional parties;

10 |        d.    Any expected or desired amendment of pleadings;

11 |        e.    Jurisdiction and venue;

12 |        f.    Anticipated motions and the scheduling of motions;

13 |        g.    Anticipated discovery and the scheduling of discovery, including:

14 |            (1) what changes, if any, should be made in the timing, form,
     or requirement for disclosures under Rule 26(a), including
15 |            a statement as to when disclosures under Rule 26(a)(1)
     were made or will be made;

16 |
17 |            (2) the subjects on which discovery may be needed, when
     discovery should be completed, and whether discovery
     should be conducted in phases or be limited to or
18 |            focused upon particular issues;

19 |            (3) what changes, if any, should be made in the limitations
     on discovery imposed under the Civil Rules and what
20 |            other limitations, if any, should be imposed; and

21 |            (4) the timing of the disclosure of expert witnesses and
     information required by Rule 26(a)(2).

22 |
         h.    Future proceedings, including setting appropriate cut-off dates for
23 |            discovery, law and motion, and the scheduling of pretrial and trial;

24 |        i.    Appropriateness of special procedures;

25 |        j.    Estimate of trial time;

26 | /////

2

1        k.     Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

2

        l.     Whether the case is related to any other case, including any

3           matters in bankruptcy;

4        m.     Whether a settlement conference should be scheduled; and

5        n.     Any other matters that may add to the just and expeditious disposition of this matter.

6

7    5.    The Court, upon review of the joint status report may:

8        a.     Issue a scheduling order incorporating the suggestions of counsel as contained in the joint status report; or

9

        b.     By minute order, set a status conference to be held either by

10          telephone or in chambers.

11    6.    In cases involving public traded companies, the parties shall request Judge Mendez's

12 recusal list by contacting M York via Email at MYork@caed.uscourts.gov.  In addition, any

13 nongovernmental corporate party to an action assigned to Judge Mendez shall file with the joint status

14 report a statement identifying all its parent corporations and listing any publicly held company that owns

15 10% or more of the party's stock.  A party shall supplement the statement within a reasonable time of

16 any change in the information.

17    DATE:  October 11, 2024

18                       JOHN A. MENDEZ
                           UNITED STATES DISTRICT JUDGE

19

20                    by :  /s/  K. Lopez
                           Deputy Clerk

21

22

23

24

25

26