**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SHARP, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; COUNTY OF SACRAMENTO; JOSEPH THEBEAU, an individual; MICHAEL LOSCHER, an individual; TERRENCE MERCADAL, an individual; TOD BEVINS, an individual; and DOES 1-10, inclusive,<br>　　　　　　　　Defendants. | **Case No. 2:24-cv-02793-JAM-CSK**<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THIS HONORABLE COURT:**

　　In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiff hereby submit the proof of service of the Complaint, Summons, and other documents on Defendant Terrence Mercadal (attached hereto as Exhibit "A").

DATED: October 24, 2024　　　　LAW OFFICES OF DALE K. GALIPO

　　　　　　　　　　　　　　By:　*/s/ Hang D. Le*
　　　　　　　　　　　　　　　　Dale K. Galipo
　　　　　　　　　　　　　　　　Hang D. Le
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

---
1
PROOF OF SERVICE OF SUMMONS AND COMPLAINT

# Exhibit A

Civil Action No. 2:24-CV-02303-JAM-CSK    Case 2:24-cv-02303-JAM-CSK   Document 9   Filed 10/24/24   Page 3 of 3

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **Terrence Mercadal**
**was received by me on  October 18, 2024**

☐ I personally served the  on the individual at  on

☐ I left the at with , a person of suitable age and discretion who resides there, on *(date)*  , and mailed a copy to the individual's last known address

☑ I served the **Summons** to **Lisa Cox, Court Liason,** who is designated by law to accept service of process at **300 Richards Boulevard, Sacramento, CA 95811** on behalf of **Terrence Mercadal** on *(date)*  **October 18, 2024.**

☐ other *(specify)*:

My fees are $ for travel and $  for services, for a total of **$ 65.00.**

I declare under penalty of perjury that this information is true.

Date: **10/22/2024**

*Rolanda Greene*
*Server's signature*

**Rolanda Greene**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.:  / County:**
*Server's Address*

Additional information regarding attempted service, etc.:

**In addition to the Summons, the following documents, "COMPLAINT FOR DAMAGES; MAGISTRATE JUDGE CONSENT IN CIVIL CASES: KNOW YOUR RIGHTS!; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION; ORDER RE FILING REQUIREMENTS FOR CASES ASSIGNED TO JUDGE MENDEZ; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271; CIVIL COVER SHEET", were also served.**

**Terry Sharp vs City of Sacramento, et al.**

A0440-2374981