**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SHARP, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SACRAMENTO; COUNTY OF SACRAMENTO; JOSEPH THEBEAU, an individual; MICHAEL LOSCHER, an individual; TERRENCE MERCADAL, an individual; TOD BEVINS, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-02793-JAM-CSK <br><br> **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiff hereby submit the proof of service of the Complaint, Summons, and other documents on Defendant Tod Bevins (attached hereto as Exhibit "A").

DATED: October 24, 2024        LAW OFFICES OF DALE K. GALIPO

                        By:   */s/ Hang D. Le*
                              Dale K. Galipo
                              Hang D. Le
                              Attorneys for Plaintiff

1
PROOF OF SERVICE OF SUMMONS AND COMPLAINT

# Exhibit A

Civil Action No. 2:24-CV-02793-JAM-CSK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: **Tod Bevins**
**was received by me on October 18, 2024**

☐ I personally served the (( SEE DOCUMENTS ON ATTACHED LIST )) on the individual at   on

☐ I left the ___ , a person of suitable age and discretion who resides there, on   , and mailed a copy to the individual's last known address; or

☑ I served the SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES; MAGISTRATE JUDGE CONSENT IN CIVIL CASES: KNOW YOUR RIGHTS!; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION; ORDER RE FILING REQUIREMENTS FOR CASES ASSIGNED TO JUDGE MENDEZ; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271; CIVIL COVER SHEET to   Lisa Cox, Court Liason, who is designated by law to accept service of process on behalf of Tod Bevins on (date)  October 18, 2024 at 300 Richards Boulevard , Sacramento, CA 95811; or

☐ other  *(specify)*:

*My fees are $ for travel and $ for services, for a total of $ 65.00*

*I declare under penalty of perjury that this information is true.*

Date: **10/23/2024**

*Rolanda Greene*
_____
*Server's signature*

**Rolanda Greene**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.:  / County:**
*Server's Address*

Additional information regarding attempted service, etc.:

Terry Sharp vs City of Sacramento , et al.

A0440-2374984