SUSANA ALCALA WOOD, City Attorney (SBN 156366)
SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)
srichmond@cityofsacramento.org
KATE D.L. BROSSEAU, Deputy City Attorney (SBN 345596)
kbrosseau@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, JOSEPH THEBEAU, MICHAEL LOSCHER, and TERRENCE MERCADAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SHARP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; COUNTY OF SACRAMENTO; JOSEPH THEBEAU, an individual; MICHAEL LOSCHER, an individual; TERRENCE MERCADAL, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  2:24-cv-02793-JAM-CSK<br><br>STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED and AGREED by and between the undersigned Counsel for Plaintiff Terry Sharp ("Plaintiff") and Counsel for Defendants City of Sacramento, Joseph Thebeau, Michael Loscher, and Terrence Mercadal ("City Defendants"), pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 144(a) that:

City Defendants' time to respond to Plaintiff's Complaint, filed on or about October 10, 2024 ("Complaint") is extended from November 8, 2024, to December 2, 2024.

Good cause exists for the agreed extension because Plaintiff has agreed to amend the Complaint, but will be unable to do so prior to City Defendants' current response deadline.

The basis of Plaintiff's amendment is to rectify issues in the Complaint regarding Plaintiff's compliance with the California Tort Claims Act, specifically as it relates to Causes of Action Seven through Nine. *See* Cal. Gov't Code §§ 905.2, 910, 911.2, 945.4, 950–950.2; *see also Mangold v. California Pub. Utils. Comm'n*, 67 F.3d 1470, 1477 (9th Cir.1995); *see also State v. Superior Court of Kings County (Bodde)*, 32 Cal.4th 1234, 1239 (2004).

Accordingly, Plaintiff's counsel requires additional time in which to investigate the issues and amend, and counsel for City Defendants requires additional time to file a response to Plaintiff's Complaint.

Importantly, it is further stipulated and agreed that the requested extension will not affect any of the further dates or deadlines in this matter, including but not limited to City Defendants' time to respond to an amended complaint.

Finally, it is also stipulated and agreed that this stipulation and extension does not constitute a waiver of any claim, right, or defense.

DATED: November 7, 2024                SUSANA ALCALA WOOD,
                                       City Attorney


                                       By:   /s/ KATE D.L. BROSSEAU
                                             KATE D.L. BROSSEAU
                                             Deputy City Attorney

                                             Attorneys for the
                                             CITY OF SACRAMENTO, JOSEPH
                                             THEBEAU, MICHAEL LOSCHER, and
                                             TERRENCE MERCADAL


DATED: November 7, 2024                LAW OFFICES OF DALE K. GALIPO


                                       By:   /s/ HANG D. LE
                                             HANG D. LE
                                             Law Offices of Dale K. Galipo

                                             Attorneys for PLAINTIFF,
                                             TERRY SHARP

PROPOSED ORDER

The parties' stipulation to extend City Defendants' time to respond to Plaintiff's Complaint is adopted, and City Defendants' deadline to file a responsive pleading is thus extended, as follows:

Absent the filing of an amended complaint, City Defendants must respond to Plaintiff's Complaint on or before December 2, 2024.

IT IS SO ORDERED.

Dated:_____                    _____

THE HONORABLE CHI SOO KIM
United States Magistrate Judge for the Eastern District of California