**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Colin J. Nystrom, SBN 354503
Cnystrom@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF SACRAMENTO
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SHARP, an individual, | CASE NO. 2:24-cv-02793-JAM-CSK |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| CITY OF SACRAMENTO; COUNTY OF SACRAMENTO; JOSEPH THEBEAU, an individual; MICHAEL LOSCHER, an individual; TERRANCE MERCADAL, an individual; TOD BEVINS, an individual; and DOES 1-10, inclusive, | Complaint Filed: 10/10/24 |
| Defendants. _____/ | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff TERRY SHARP and Defendant COUNTY OF SACRAMENTO, by and through their respective undersigned counsel that, pursuant to Local Rule 144(a), the time in which Defendant COUNTY OF SACRAMENTO may respond to Plaintiff's Complaint previously due November 8, 2024, be extended 21 days, up to and including November 29, 2024.

1
**STIPULATION FOR EXTENSION OF TIME TO RESPONSE TO PLAINTIFF'S COMPLAINT**

4892-7902-8470, v. 1

| | | |
|---|---|---|
| 1 | Dated:  November 7, 2024 | PORTER SCOTT |
| 2 | | A PROFESSIONAL CORPORATION |
| 3 | | By    /s/ Carl L. Fessenden    |
| 4 | |     Carl L. Fessenden |
| | |     Colin J. Nystrom |
| 5 | |     Attorneys for Defendant |

Dated:  November 7, 2024                LAW OFFICE OF DALE K. GALIPO

By    /s/ Hang D. Le    
    Dale K. Galipo
    Hang D. Le
    Attorneys for Plaintiff

---

2

**STIPULATION FOR EXTENSION OF TIME TO RESPONSE TO PLAINTIFF'S COMPLAINT**

4892-7902-8470, v. 1