SUSANA ALCALA WOOD, City Attorney (SBN 156366)
SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)
srichmond@cityofsacramento.org
KATE D.L. BROSSEAU, Deputy City Attorney (SBN 345596)
kbrosseau@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, JOSEPH THEBEAU, an individual; MICHAEL LOSCHER, an individual; TERRENCE MERCADAL, an individual; and TOD BEVINS, an individual ("Defendants")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SHARP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; COUNTY OF SACRAMENTO; JOSEPH THEBEAU, an individual; MICHAEL LOSCHER, an individual; TERRENCE MERCADAL, an individual; TOD BEVINS, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  2:24-cv-02793-JAM-CSK<br><br>DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

Defendants CITY OF SACRAMENTO, CITY OF SACRAMENTO, JOSEPH THEBEAU, an individual; MICHAEL LOSCHER, an individual; TERRENCE MERCADAL, an individual; and TOD BEVINS, an individual (hereinafter "Defendants") answer the verified First Amended Complaint (hereinafter "FAC") of Plaintiff TERRY SHARP, as follows:

///

///

1. Answering paragraph 1 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

2. Answering paragraph 2 of the FAC, Defendants, without admitting that the allegations in the FAC are true and given its Affirmative Defenses to the allegations of the FAC, admit that jurisdiction is conferred upon this Court pursuant to Title 28 of the United States Code §§ 1331, 1343.

3. Answering paragraph 3 of the FAC, Defendants, without admitting that the allegations contained in the FAC are true and given its Affirmative Defenses to the allegations of the FAC, admit that venue is proper.

4. Answering paragraph 4 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

5. Answering paragraph 5 of the FAC, Defendants admit that the City of Sacramento is a municipal corporation under the laws of the state of California, with authority to adopt policies affecting the Sacramento Police Department.  Defendants admit that at all relevant times Defendants JOSEPH THEBEAU, MICHAEL LOSCHER, TERRENCE MERCADAL, and TOD BEVINS were employees of the City of Sacramento.  Defendants are without sufficient information as to the identity of DOES defendants and on that basis has insufficient information to admit or deny whether DOES defendant were employed by the City.

6. Answering paragraph 6 of the FAC, Defendants admit the allegations contained therein.

7. Answering paragraph 7 of the FAC, Defendants admit the allegations contained therein.

8. Answering paragraph 8 of the FAC, Defendants admit the allegations contained therein.

/ / /

9. Answering paragraph 9 of the FAC, Defendants admit the allegations contained therein.

10. Answering paragraph 10 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

11. Answering paragraph 11 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

12. Answering paragraph 12 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

13. Answering paragraph 13 of the FAC, Defendants admit that Defendants JOSEPH THEBEAU, MICHAEL LOSCHER, TERRENCE MERCADAL, and TOD BEVINS were acting on the implied and actual permission and consent of the City of Sacramento. As to the remaining allegations contained in paragraph 13, Defendants deny each and every allegation contained therein.

14. Answering paragraph 14 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

15. Answering paragraph 15 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

16. Answering paragraph 16 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

17. Answering paragraph 17 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

18. Answering paragraph 18 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

19. Answering paragraph 19 of the FAC, Defendants incorporate by reference their responses to each and every paragraph of the FAC as though fully set forth herein.

20. Answering paragraph 20 of the FAC, Defendants admit the allegations contained therein.

21. Answering paragraph 21 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

22. Answering paragraph 22 of the FAC, Defendants admit the allegations contained therein.

23. Answering paragraph 23 of the FAC, Defendants admit that Plaintiff was moving while holding a handgun. As to the remaining allegations alleged in paragraph 23, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

24. Answering paragraph 24 of the FAC, Defendants admit that Plaintiff pointed a firearm at Defendants causing Defendants to discharge their firearms at Plaintiff. As to the remaining allegations alleged in paragraph 24, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

25. Answering paragraph 25 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

26. Answering paragraph 26 of the FAC, Defendants admit that multiple rounds of lethal force were directed at Plaintiff at some rounds struck Plaintiff. As to the remaining allegations alleged in paragraph 26, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and

every allegation contained therein.

27. Answering paragraph 27 of the FAC, Defendants admit that multiple rounds of lethal force were directed at Plaintiff at some rounds struck Plaintiff. As to the remaining allegations alleged in paragraph 27, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

28. Answering paragraph 28 of the FAC, Defendants admit that multiple rounds of lethal force were directed at Plaintiff at some rounds struck Plaintiff. As to the remaining allegations alleged in paragraph 28, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

29. Answering paragraph 29 of the FAC, Defendants admit that multiple rounds of lethal force were directed at Plaintiff at some rounds struck Plaintiff. As to the remaining allegations alleged in paragraph 29, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

30. Answering paragraph 30 of the FAC, Defendants deny each and every allegation contained therein.

31. Answering paragraph 31 of the FAC, Defendants deny each and every allegation contained therein.

32. Answering paragraph 32 of the FAC, Defendants deny each and every allegation contained therein.

33. Answering paragraph 33 of the FAC, Defendants deny each and every allegation contained therein.

34. Answering paragraph 34 of the FAC, Defendants admit that Plaintiff sustained multiple gunshot wounds. As to the remaining allegations alleged in paragraph 34, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

35. Answering paragraph 35 of the FAC, Defendants incorporate by reference their responses to each and every paragraph of the FAC as though fully set forth herein.

36. Answering paragraph 36 of the FAC, Defendants deny each and every allegation contained therein.

37. Answering paragraph 37 of the FAC, Defendants deny each and every allegation contained therein.

38. Answering paragraph 38 of the FAC, Defendants deny each and every allegation contained therein.

39. Answering paragraph 39 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

40. Answering paragraph 40 of the FAC, Defendants deny each and every allegation contained therein.

41. Answering paragraph 41 of the FAC, Defendants deny each and every allegation contained therein.

42. Answering paragraph 42 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

43. Answering paragraph 43 of the FAC, Defendants incorporate by reference their responses to each and every paragraph of the FAC as though fully set forth herein.

44. Answering paragraph 44 of the FAC, Defendants deny each and every allegation contained therein.

45. Answering paragraph 45 of the FAC, Defendants deny each and every allegation contained therein.

46. Answering paragraph 46 of the FAC, Defendants deny each and every allegation contained therein.

47. Answering paragraph 47 of the FAC, Defendants deny each and every allegation contained therein.

48. Answering paragraph 48 of the FAC, Defendants deny each and every allegation contained therein.

49. Answering paragraph 49 of the FAC, Defendants deny each and every allegation contained therein.

50. Answering paragraph 50 of the FAC, Defendants deny each and every allegation contained therein.

51. Answering paragraph 51 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

52. Answering paragraph 52 of the FAC, Defendants incorporate by reference their responses to each and every paragraph of the FAC as though fully set forth herein.

53. Answering paragraph 53 of the FAC, Defendants admit the allegations contained therein.

54. Answering paragraph 54 of the FAC, Defendants deny each and every allegation contained therein.

55. Answering paragraph 55 of the FAC, Defendants deny each and every allegation contained therein.

56. Answering paragraph 56 of the FAC, Defendants deny each and every allegation contained therein.

57. Answering paragraph 57 of the FAC, Defendants deny each and every allegation contained therein.

58. Answering paragraph 58 of the FAC, Defendants deny each and every allegation contained therein.

59. Answering paragraph 59 of the FAC, Defendants deny each and every allegation contained therein.

60. Answering paragraph 60 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

61. Answering paragraph 61 of the FAC, Defendants incorporate by reference their responses to each and every paragraph of the FAC as though fully set forth herein.

62. Answering paragraph 62 of the FAC, Defendants admit the allegations contained therein.

63. Answering paragraph 63 of the FAC, Defendants deny each and every allegation contained therein.

64. Answering paragraph 64 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

65. Answering paragraph 65 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

66. Answering paragraph 66 of the FAC, Defendants deny each and every allegation contained therein.

67. Answering paragraph 67 of the FAC, Defendants deny each and every allegation contained therein.

68. Answering paragraph 68 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

69. Answering paragraph 69 of the FAC, Defendants incorporate by reference their responses to each and every paragraph of the FAC as though fully set forth herein.

70. Answering paragraph 70 of the FAC, Defendants admit the allegations contained therein.

71. Answering paragraph 71 of the FAC, Defendants deny each and every allegation contained therein.

72. Answering paragraph 72 of the FAC, Defendants deny each and every allegation contained therein.

///

73. Answering paragraph 73 of the FAC, Defendants deny each and every allegation contained therein.

74. Answering paragraph 74 of the FAC, Defendants deny each and every allegation contained therein.

75. Answering paragraph 75 of the FAC, Defendants deny each and every allegation contained therein.

76. Answering paragraph 76 of the FAC, Defendants deny each and every allegation contained therein.

77. Answering paragraph 77 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

78. Answering paragraph 78 of the FAC, Defendants incorporate by reference their responses to each and every paragraph of the FAC as though fully set forth herein.

79. Answering paragraph 79 of the FAC, Defendants admit the allegations contained therein.

80. Answering paragraph 80 of the FAC, Defendants deny each and every allegation contained therein.

81. Answering paragraph 81 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

82. Answering paragraph 82 of the FAC, Defendants deny each and every allegation contained therein.

83. Answering paragraph 83 of the FAC, Defendants deny each and every allegation contained therein.

84. Answering paragraph 84 of the FAC, Defendants deny each and every allegation contained therein.

85. Answering paragraph 85 of the FAC, Defendants deny each and every allegation contained therein.

86. Answering paragraph 86 of the FAC, Defendants deny each and every allegation contained therein.

87. Answering paragraph 87 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

<u>AFFIRMATIVE DEFENSES</u>

As and for separate and distinct affirmative defenses, Defendants allege as follows:

<u>FIRST AFFIRMATIVE DEFENSE</u>

[Failure to State a Cause of Action]

Plaintiff's FAC, and each cause of action contained therein, fails to state the facts sufficient to constitute a cause of action against Defendants.

<u>SECOND AFFIRMATIVE DEFENSE</u>

[Statute of Limitations]

The claims for relief alleged in the FAC are barred by the applicable statute of limitations.

<u>THIRD AFFIRMATIVE DEFENSE</u>

[Tort Claims Act]

Plaintiff's claim is barred for failure to comply with the California Tort Claims Act.

<u>FOURTH AFFIRMATIVE DEFENSE</u>

[Comparative Fault – Decedent and Plaintiff]

Plaintiff is barred from recovery, in whole or part, because decedent's sole or partial negligence was the proximate cause of the acts and events alleged in the FAC.

<u>FIFTH AFFIRMATIVE DEFENSE</u>

[Comparative Fault - Third Parties]

Plaintiff is barred from recovery from Defendants, in whole or part, because the sole or partial negligence of third parties was the proximate cause of the acts and events alleged in the FAC.

/ / /

/ / /

### SIXTH AFFIRMATIVE DEFENSE

[Government Code - Immunities]

Each act or omission alleged in the FAC falls within the immunities and defenses described in sections 800 through 995 of the California Government Code, including but not limited to, sections 815.2, 818.8, 820.2, 821.2, 822.2, 830.2, 830.4, 830.6, 830.8, 830.9, 831, 831.2, 835.4, 840.2, 840.4, 840.6, and 845.8.

### SEVENTH AFFIRMATIVE DEFENSE

[Good Faith]

Defendants allege they has acted in good faith and without wrongful intent at all times alleged in the FAC.

### EIGHTH AFFIRMATIVE DEFENSE

[Failure to Mitigate]

Plaintiff's claims are barred, in whole or part, due to Plaintiff's failure to mitigate the damages alleged in the FAC.

### NINTH AFFIRMATIVE DEFENSE

[Arrest/Force]

Each act or omission alleged in the FAC falls within the immunities and privileges set forth in the California Penal Code, including but not limited to, sections 834, 834a, 835, 836, and 836.5.

### TENTH AFFIRMATIVE DEFENSE

[Qualified Immunity]

Defendants allege immunity from liability because its police officers' conduct did not violate clearly established federal law and/or a reasonable officer would not have known his/her conduct violated clearly established law.

/ / /

/ / /

/ / /

/ / /

WHEREFORE, Defendants request:

1. That Plaintiff take nothing from Defendants herein and that judgment be awarded in favor of Defendants;

2. That Defendants recover its reasonable costs incurred in the defense of this action; and

3. For such other and further relief as the court may deem proper.

### DEMAND FOR JURY TRIAL

NOTICE IS HEREBY GIVEN that Defendants demand a jury trial in the above-entitled action pursuant to the provisions of Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the United States Constitution.

DATED:  December 11, 2024                   SUSANA ALCALA WOOD,
                                            City Attorney


                                    By:   /s/ SEAN D. RICHMOND
                                            SEAN D. RICHMOND
                                            Senior Deputy City Attorney

                                            Attorneys for the CITY OF
                                            SACRAMENTO, JOSEPH THEBEAU
                                            MICHAEL LOSCHER, TERRENCE
                                            MERCADAL, and TOD BEVINS