SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SCOTT P. THORNE, Deputy City Attorney II (SBN 326917)**
sthorne@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO,  JOSEPH THEBEAU, MICHAEL LOSCHER, TERRENCE MERCADAL and TOD BEVINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SHARP, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>CITY OF SACRAMENTO; COUNTY OF SACRAMENTO; JOSEPH THEBEAU, an individual; MICHAEL LOSCHER, an individual; TERRENCE MERCADAL, an individual; TOD BEVINS, an individual; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.:  2:24-cv-02793-JAM-CSK<br><br>**TRANSFER OF LEAD ATTORNEY TO BE NOTICED FOR ALL PURPOSES** |

**NOTICE TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE that as of May 27, 2025 the Sacramento City Attorney's Office has transferred the handling of the above-entitled matter from Senior Deputy City Attorney SEAN D. RICHMOND and Deputy City Attorney II KATE BROSSEAU to Deputy City Attorney II SCOTT P. THORNE, email address (sthorne@cityofsacramento.org) and requests that SCOTT P. THORNE be designated AS LEAD ATTORNEY TO BE NOTICED for all purposes.

   The address, telephone and facsimile numbers will remain the same.

*///*

The undersigned agree to this transfer.

Dated: May 27, 2025

        /S/   SCOTT P. THORNE
SCOTT P. THORNE
Deputy City Attorney II

Attorneys for the CITY OF SACRAMENTO, JOSEPH THEBEAU, MICHAEL LOSCHER, TERRENCE MERCADAL and TOD BEVINS

Dated: May 27, 2025

        /S/ SEAN D. RICHMOND
SEAN D. RICHMOND
Senior Deputy City Attorney

Dated: May 27, 2025

        /S/ KATE BROSSEAU
KATE BROSSEAU
Senior Deputy City Attorney