# UNITED STATES DISTRICT COURT

**Eastern**    District of    **of California**

| | |
|---|---|
| **Terry Sharp, an individual,**<br>Plaintiff (s), | **CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY** |
| V. | |
| **City of Sacramento, et al.** | **CASE NUMBER:** 2:24-cv-02793-JAM-CSK |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, **SEE PAGE 2 FOR PARTY (S)** substitutes
(Party (s) Name)

**MITCHELL DAVID DEAN**, State Bar No. **128929** as counsel of record in place
(Name of New Attorney)

place of **SEAN D. RICHMOND** .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: **DEAN GAZZO ROISTACHER, LLP**

Address: **440 Stevens Avenue, Suite 100, Solana Beach, CA 92075-2027**

Telephone: **(858) 264-4956**    Facsimile **(858) 492-0486**

E-Mail (Optional): **mdean@deangazzo.com**

I consent to the above substitution.

Date: **SEE PAGE 2 FOR PARTY (S)**
(Signature of Party (s))

I consent to being substituted.

Date: June 9, 2026    **/s/ SEAN D. RICHMOND**
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: June 9, 2026    **/s/ MITCHELL DAVID DEAN**
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    _____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

1

I consent to the above substitution.

Date:      June 9, 2026

/s/ **NATALIE DEMPSEY**

for City of Sacramento

(Signature of Party (s))

I consent to the above substitution.

Date:      June 9, 2026

**/s/ JOSEPH THEBEAU**

(Signature of Party (s))

I consent to the above substitution.

Date:      June 9, 2026

**/s/ MICHAEL LOSCHER**

(Signature of Party (s))

I consent to the above substitution.

Date:      June 9, 2026

**/s/ TERRENCE MERCADAL**

(Signature of Party (s))

I consent to the above substitution.

Date:      June 9, 2026

**/s/ TOD BEVINS**

(Signature of Party (s))