Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: mdean@deangazzo.com
alau@deangazzo.com

Attorneys for Defendants
City of Sacramento, Joseph Thebeau, Michael Loscher,
Terrence Mercadal, and Tod Bevins

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY SHARP, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; COUNTY OF SACRAMENTO; JOSEPH THEBEAU, an individual; MICHAEL LOSCHER, an individual; TERRENCE MERCADAL, an individual; TOD BEVINS, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-02793-JAM-CSK<br><br>**NOTICE OF APPEARANCE BY ALERIES LAU**<br><br>Judge: Senior Judge John A. Mendez<br>Magistrate: Judge Chi Soo Kim<br><br>Action filed: October 10, 2024 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Aleries Lau of the law firm of Dean Gazzo Roistacher LLP hereby appears as counsel for defendants City of Sacramento, Joseph Thebeau, Michael Loscher, Terrence Mercadal, and Tod Bevins in the above-referenced action. Effective immediately, please add Aleries Lau as an attorney to be noticed on all matters at the following address:

///

///

///

///

///

Dean Gazzo Roistacher LLP
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: alau@deangazzo.com.

Dated: November 9, 2026

Dean Gazzo Roistacher LLP

By: */s/ Aleries Lau*

Mitchell D. Dean
Aleries Lau
Attorneys Defendants
City of Sacramento, Joseph Thebeau, Michael Loscher, Terrence Mercadal, and Tod Bevins
Email: mdean@deangazzo.com
alau@deangazzo.com