Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: mdean@deangazzo.com
alau@deangazzo.com

Attorneys for Defendants
City of Sacramento, Joseph Thebeau, Michael Loscher, Terrence Mercadal, Tod Bevins

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY SHARP, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; COUNTY OF SACRAMENTO; JOSEPH THEBEAU, an individual; MICHAEL LOSCHER, an individual; TERRENCE MERCADAL, an individual; TOD BEVINS, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-02793-JAM-CSK<br><br>**STIPULATION TO CONTINUE TRIAL AND RELATED DATES; ORDER**<br><br>Judge: Senior Judge John A. Mendez<br>Magistrate: Judge Chi Soo Kim<br><br>Action filed: October 10, 2024 |

Plaintiff Terry Sharp, and defendants City of Sacramento, Joseph Thebeau, Michael Loscher, Terrence Mercadal, and Tod Bevins, through respective counsel, stipulate as follows:

1. The trial date is presently set for January 11, 2027.
2. The Joint Pretrial Statement is due no later than November 13, 2026.
3. The final pretrial conference is presently set for November 20, 2026.
4. The parties stipulate and respectfully request that the trial and all related dates shall be continued until after the parties mediate in January 2027, preferably in February 2027, or later.
5. There is good cause for continuing the trial and related deadlines as detailed below.

6. This is the parties' first request seeking a continuance of the trial and related dates. The plaintiff recently sent a settlement demand to the City defendants which prompted discussion about whether mediation might be beneficial in resolving the case. On November 12, 2026, counsel for defendants received that authority and direction from the City defendants. The plaintiff's attorney reached out to an agreed-upon mediator, Richard Copeland for available dates in January 2027. The parties are working on that scheduling as of the time of the filing of this stipulation with the court. (See Declaration of Mitchell Dean, filed herewith.)

7. Lead trial counsel for City defendants will be engaged in another trial in an unrelated matter *Miller, Adam v. City of Encinitas,* Case No. 37-2024-00017944-CU-OR-NC. The *Miller* trial is set for January 8, 2027. Counsel believes that the *Miller* trial will move forward because the parties already attempted mediation and the trial date was continued on two prior occasions.

8. Therefore, the continuance of all trial, the final pretrial conference, and its related dates until the after the parties mediate in early 2027. The parties request that the Court continue the final pretrial conference and its related dates to sometime in March 2027, or soon thereafter. The parties further request that the trial date be reset after the final pretrial conference so that the parties may have time to assess their calendars and meet and confer on mutually agreeable dates.

///

///

///

///

///

///

///

///

///

///

The parties stipulate and agree that the continuance will allow the parties to make their best efforts to mediate this case, and hopefully resolve it.

Dated: November 13, 2026

Dean Gazzo Roistacher LLP

By: */s/ Mitchell D. Dean*
Mitchell D. Dean
Aleries Lau
Attorneys Defendants
City of Sacramento, Joseph Thebeau, Michael Loscher, Terrence Mercadal, Tod Bevins
Email: mdean@deangazzo.com
alau@deangazzo.com

Dated: November 13, 2026

Law Offices of Dale K. Galipo

By: */s/ Hang D. Le*
Dale K. Galipo
Hang D. Le
Attorneys for Plaintiff
Terry Sharp
Email: hlee@galipolaw.com

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for all parties and that I have obtained Plaintiffs' counsel's authorization to affix his electronic signature to this document.

Dated: November 13, 2026

*/s/ Mitchell D. Dean*
Mitchell D. Dean

**ORDER**

Good cause appearing and pursuant to the stipulation of the parties, the new trial schedule is as followed:

1. The trial date that is presently set for January 11, 2027 is continued to ______________________________________________.

2. The Joint Pretrial Statement is due no later than ____________________________.

3. The final pretrial conference presently set for November 20, 2026, is continued to ______________________________________________.

**IT IS SO ORDERED.**

Dated:__________________

____________________
Senior Judge John A. Mendez
United States District Judge